**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Seanah Dixon, | Case No. 2:22-cv-01464-JAD-VCF |
|        Plaintiff | |
|   v. | |
| David Rivas, et al., | **Order Dismissing and Closing Case** |
|        Defendants | [ECF Nos. 1, 3] |

On September 8, 2022, Plaintiff Seanah Dixon brought this civil-rights lawsuit under § 1983, claiming that her rights were violated during her time at High Desert State Prison. She submitted an application to proceed *in forma pauperis* and a civil-rights complaint.[1] One week after bringing this action, Dixon filed a motion for voluntary dismissal, stating that she "elects to voluntarily dismiss this action" as "duplicative and filed in error."[2]

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[3] I grant Dixon's motion to voluntarily dismiss this action because no responsive pleading has been filed. Thus, I dismiss this action without prejudice.

IT IS THEREFORE ORDERED that:

- Dixon's motion for voluntary dismissal **[ECF No. 3] is GRANTED**; and

- Dixon's application to proceed *in forma pauperis* **[ECF No. 1] is DENIED AS MOOT**.

---

[1] ECF Nos. 1, 1-1.

[2] ECF No. 3.

[3] Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS FURTHER ORDERED that this action is dismissed in its entirety without prejudice and the Clerk of the Court is directed to CLOSE THIS CASE.

Dated: September 19, 2022

_____
U.S. District Judge Jennifer A. Dorsey